Clyde R. Myers, appellee, v. Northwestern Elevated Railroad Company and Chicago, Milwaukee & St. Paul Railway Company, appellants. Gen. No. 27,679.

Action for personal injuries received by plaintiff when struck by a passing train at one of defendants' platforms. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Reversed with finding of fact. Opinion filed October 30, 1922.

Addison L. Gardner and Carroll H. Jones, for appellants. Justin K. Orvis and Ela, Grover & March, for appellee; Justin K. Orvis and Benjamin F. March, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Timothy Crimmings, appellee, v. Harry A. Cohn, appellant. Gen. No. 27,710.

Action begun in replevin and changed to trover for the conversion of a refrigerator. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the March term, 1922. Reversed and judgment of *nil capiat.* Opinion filed October 30, 1922.

Cooke, Sullivan & Ricks, for appellant; Edward H. Fiedler and John W. McCarthy, of counsel. John T. Duffy, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Palace Cloaks, Suits and Millinery, appellee, v. American Railway Express Company, appellant. Gen. No. 27,731.

Action for the value of two shipments of dresses which defendant failed to deliver. Judgment for plaintiff for $175. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the March term, 1922. Reversed and judgment here for $106. Opinion filed October 30, 1922.

William A. Purcell, for appellant. Hoyne & O'Connor, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

J. C. I. McGrath, defendant in error, v. Adams Express Company, plaintiff in error. Gen. No. 26,805.

Action to recover damages to plaintiff's automobile resulting from a collision with defendant's motor truck. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Charles B. Elder, for plaintiff in error. Dawson & Dawson, for defendant in error; Mitchell Dawson, of counsel.

Mr. Justice Dever delivered the opinion of the court.